THE PEOPLE OF THE STATE OF NEW YORK ex rel. HOWARD VAN ORDEN, Relator, against WALTER B. MARTIN, as Warden of Attica State Prison, Respondent.

Submitted June 5, 1944; decided June 14, 1944.

*Howard Van Orden,* in person, for motion.

*Nathaniel L. Goldstein, Attorney-General (Patrick H. Clune* of counsel), opposed.

Motion dismissed on the ground that no appeal lies to the Court of Appeals from the order of the Appellate Division.